UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELLS FARGO BANK, N.A., et al.,<br><br>                     Plaintiffs,<br>    v.<br>GRACIELA ZAMORA TORRES,<br><br>                     Defendant. | Case No. 2:17-cv-01324-APG-PAL<br><br>ORDER<br><br>(Mot Ext Time – ECF No. 13) |

      Before the court is Wells Fargo Bank, N.A.'s and Federal National Mortgage Association's Motion for Enlargement of Time (ECF No. 13). The motion requests an additional 90 days in which to serve defendant Cano-Martinez. Having reviewed and considered the matter, and for good cause shown,

      **IT IS ORDERED** that plaintiffs' Motion for Enlargement of Time (ECF No. 13) is **GRANTED** and plaintiffs shall have an additional 90 days, or until **November 6, 2017**, in which to provide proof of service upon defendant Cano-Martinez.

      DATED this 24th day of August, 2017.

                                                 PEGGY A. LEEN<br>
                                             UNITED STATES MAGISTRATE JUDGE