UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　　　　Plaintiffs,<br>v.<br>GRACIELLA ZAMORA TORRES, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:17-cv-01324-APG-PAL<br><br>**ORDER**<br><br>(Mot. Service Publication – ECF No. 17) |

This matter is before the court on the Motion for Service by Publication (ECF No. 17) by Plaintiffs Wells Fargo Bank, N.A. and Federal National Mortgage Association (collectively, "Plaintiffs"). This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice. Having reviewed and considered the matter, and for good cause appearing,

**IT IS ORDERED:**

1. Plaintiffs' Motion for Service by Publication (ECF No. 17) is **GRANTED**.
2. Plaintiffs shall serve Defendant Octavio Cano-Martinez
   a. by publication as described in the motion, and
   b. by mail to defendant's last known address in Pampa, Texas.
3. Proof of service Cano-Martinez shall be filed by **December 13, 2017**.

Dated this 31st day of October, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE