AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Wells Fargo Bank, N.A., et al.,

                Plaintiff,

   v.

Graciela Zamora Torres, et al.,

                Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:17-cv-01324-APG-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiffs and against Defendants Graciela Zamora Torres and Octavio Cano-Martinez.

7/8/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk